UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELLY ANN DOYLE,

       Plaintiff,

v.                                                                                    CASE NO. 3:26-cv-1262-WWB-SJH

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.
_____/

## **ORDER**

Plaintiff's Motion for Leave to Participate in Electronic Filing as a Pro Se Litigant ("Motion"), Doc. 3, is **denied**. The Motion does not assert a basis supplying good cause out of the ordinary for the requested relief. *See Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025) ("'Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures.' … Plaintiff has not shown any extenuating circumstances or good cause under the circumstances presented to authorize his access to CM/ECF."); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011);[1] *Crockett v. Orange Cnty. Bd. of Cnty. Commissioners*, No. 6:24-cv-1234-AGM-LHP, 2025 WL 3515512, at *1 (M.D.

---

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.

Fla. Dec. 8, 2025).

Plaintiff is **directed** to ensure that future filings comply with the Federal Rules of Civil Procedure, the Local Rules, and the standing orders of the presiding District Judge.[2] Noncompliant filings may be summarily denied or stricken and may result in sanctions.

**DONE AND ORDERED** in Jacksonville, Florida, on June 4, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff

---

[2] The Local Rules are available at https://www.flmd.uscourts.gov/local-rules, and the standing orders of the presiding District Judge are available at https://www.flmd.uscourts.gov/judges/wendy-berger.